LAW OFFICES
# JOHN S. WALLENSTEIN
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530

(516) 742-5600 FAX (516) 742-5040
E-MAIL: JSWALLENSTEINESQ@AOL.COM

JOHN S. WALLENSTEIN

SCOTT MURPHY

NEW YORK & FEDERAL BARS

CRIMINAL DEFENSE
CIVIL LITIGATION
COMMERCIAL MATTERS

January 14, 2014

**VIA ECF**
Honorable Denis R. Hurley
United States District Judge
Eastern District of New York
1020 Federal Plaza
Central Islip, New York 11722

  Re: United States v. Hugo Rivera
   Docket #12 CR 176 (DRH)

Dear Judge Hurley:

  In accord with my conversation with your courtroom deputy, I respectfully request an adjournment of the sentencing scheduled for January 31, 2014.

  I respectfully request that the sentencing be rescheduled for March 28, 2014 at 11:30. I have spoken with AUSA Alan Bode, and the government has no objections.

  Thank you for your courtesy.

           Respectfully yours,

           JOHN S. WALLENSTEIN

JSW/jh